**Opinion filed November 17, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00323-CV

_____

## IN RE WAYNE ERNEST BARKER

**Original Mandamus Proceeding**

### MEMORANDUM OPINION

Relator, Wayne Ernest Barker, has filed a petition for writ of mandamus complaining of Hon. Kenneth H. Keeling, Judge of the 278th District Court, with respect to relator's filing of a lawsuit under the Americans with Disabilities Act in Walker County. We dismiss for want of jurisdiction.

TEX. GOV'T CODE ANN. § 22.221(b)(1) (West 2004) provides that each court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, "against a . . . judge of a district or county court in the court of appeals district." Walker County is not in the Eleventh Court of Appeals District nor are Leon or Madison Counties, the other counties comprising the 278th District Court. TEX. GOV'T CODE ANN. § 22.201(*l*) (West Supp. 2011); *see* TEX. GOV'T CODE ANN. § 24.455 (West Supp. 2011). Instead, these counties are in the Tenth Court of Appeals District. *See* TEX. GOV'T CODE ANN. § 22.201(k) (West Supp. 2011). Therefore, we do not have jurisdiction to issue a writ of mandamus against the Judge of the 278th District Court.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

November 17, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.